UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Stacey L. Altman v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-12846-DRH-PMF |
| *Elizabeth Dinkel v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-13280-DRH-PMF |
| *Coesha Jackson v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-13111-DRH-PMF |
| *Susan D. Jennings v. Bayer Corp., et al.* | No. 3:11-cv-12990-DRH-PMF |
| *Daysha Kelly v. Bayer Pharma AG, et al.* | No. 3:11-cv-12320-DRH-PMF |
| *Patricia Lawson v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-12948-DRH-PMF |
| *Erin E. Martinez and C. John Martinez v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-13361-DRH-PMF |
| *Christine Medina v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-13222-DRH-PMF |
| *Brittany Roberts v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-11575-DRH-PMF |
| *Joi Robinson v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-12950-DRH-PMF |
| *Diana J. Seymour v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-11243-DRH-PMF |

*Sammer Yacoub v. Bayer HealthCare Pharmaceuticals, Inc., et al.*   No. 3:11-cv-13136-DRH-PMF

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court on Defendant's Motion to Dismiss with Prejudice.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing with Prejudice entered on May 20, 2013, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                      NANCY J. ROSENSTENGEL,
                                      **CLERK OF COURT**

                                      BY:  /s/*Sara Jennings*
                                                **Deputy Clerk**

Dated: May 21, 2013

Digitally signed by David R. Herndon
Date: 2013.05.21 13:14:58 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT